An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH FRIEDMAN,
Petitioner,
vs.
DWIGHT NEVEN, WARDEN; AND
CATHERINE CORTEZ MASTO,
ATTORNEY GENERAL,
Respondents.

No. 63164

FILED

JUN 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of habeas corpus, or alternatively, a writ of mandamus. Petitioner seeks an order from this court directing the district court to resentence him because there was insufficient proof of prior convictions to support his habitual criminal adjudication, his counsel was ineffective at sentencing, and the State withheld evidence. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

13-17294

cc:  Kenneth Friedman
     Attorney General/Carson City
     Eighth District Court Clerk